UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 664 |
| v. | ) | |
| | ) | Honorable Charles Norgle |
| TUQIANG XIE, also known as "Tony Xie" | ) | |
| | ) | |

**DESIGNATION OF ATTORNEYS FOR THE GOVERNMENT**

The United States of America, by and through its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, hereby presents notice that the undersigned Trial Attorneys have been designated to represent the government in the above-captioned matter.

Respectfully submitted,

JOHN R. LAUSCH, JR. United States Attorney

By: /s/ Erin S. Mellen
ERIN S. MELLEN
Trial Attorney
Tax Division
United States Department of Justice
150 M Street, NE
Washington, D.C. 20005
(202)305-4075

/s/ Matthew R. Hoffman
MATTHEW R. HOFFMAN
Trial Attorney
Tax Division
United States Department of Justice
150 M Street, NE
Washington, D.C. 20005